# NATIONAL AEROPLANE CO. v. McCORMICK.

(Court of Civil Appeals of Texas. San Antonio. Nov. 19, 1913. Rehearing Denied Dec. 17, 1913.)

APPEAL AND ERROR (§ 1133*)—STATEMENT OF FACTS—NECESSITY.

.In the absence of a statement of facts, bills of exception, and motion for new trial, a judgment will be affirmed, unless fundamental error appears on the face of the record proper.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4450–4453; Dec. Dig. § 1133.*]

Error to Galveston County Court; George E. Mann, Judge.

Action between the National Aeroplane Company and Mart. C. McCormick. There was a judgment for the latter, and the former brings error. Affirmed.

Maco & Minor Stewart, of Galveston, for plaintiff in error. Geo. G. Clough and McInerney & Wilson, all of Galveston, for defendant in error.

TALIAFERRO, J. This suit was for debt and foreclosure of lien upon personal property. It comes to this court without statement of facts, conclusions of fact by the trial court, or bills of exceptions, and no motion for new trial was made in the lower court. We find no fundamental errors apparent upon the record, and the judgment is affirmed.